```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13934
    JACQUELINE HOLMES
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2431

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/02/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 11/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED         2310.76         .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          1137.25         .00           .00
500 FAST CASH              UNSECURED        NOT FILED        .00           .00
AMERICASH LOANS LLC        UNSECURED          888.53         .00           .00
AMERICASH LOANS            UNSECURED        NOT FILED        .00           .00
ASPEN MASTERCARD           UNSECURED        NOT FILED        .00           .00
ASSET ACCEPTANCE           UNSECURED          346.50         .00           .00
BMG                        UNSECURED        NOT FILED        .00           .00
CBCS                       UNSECURED        NOT FILED        .00           .00
CITY OF CHICAGO PARKING    FILED LATE        2154.58         .00           .00
COLUMBIA HOUSE             UNSECURED        NOT FILED        .00           .00
COMMONWEALTH EDISON        UNSECURED          606.58         .00           .00
DIRECTV                    UNSECURED        NOT FILED        .00           .00
EXELON                     UNSECURED        NOT FILED        .00           .00
PREMIER BANCARD CHARTER    UNSECURED          396.95         .00           .00
GENESIS FINANCIAL SERVIC   UNSECURED        NOT FILED        .00           .00
GOVERNMENT EMPLOYEES CRE   UNSECURED        NOT FILED        .00           .00
ILLINOIS DEPT OF HUMAN S   UNSECURED          555.58         .00           .00
MACNEAL HOSPITAL           UNSECURED        NOT FILED        .00           .00
NATIONAL ASSET RECOVERY    UNSECURED        NOT FILED        .00           .00
PEOPLES GAS & LIGHT        UNSECURED        NOT FILED        .00           .00
SINAI HEALTH SYSTEMS       UNSECURED        NOT FILED        .00           .00
SUN CASH OF WI LLC         UNSECURED        NOT FILED        .00           .00
TELECHECK                  UNSECURED        NOT FILED        .00           .00
TREMONT FINANCIAL          UNSECURED        NOT FILED        .00           .00
UNITED CASH LOAN           UNSECURED        NOT FILED        .00           .00
WESLEY C WISE              UNSECURED        NOT FILED        .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          678.37         .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          695.66         .00           .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY      3,000.00         .00         660.92
TOM VAUGHN                 TRUSTEE                                        54.08
DEBTOR REFUND              REFUND                                          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13934 JACQUELINE HOLMES
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    715.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    660.92
TRUSTEE COMPENSATION                               54.08
DEBTOR REFUND                                        .00
                       ---------------    ---------------
TOTALS                     715.00              715.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 02/25/09                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE